EMMA C. SCHERMERHORN et al., on Behalf of Themselves and Others, Appellants, *v.* CHARLES M. BEDELL, Respondent.

*Schermerhorn* v. *Bedell*, 163 App. Div. 445, affirmed.
(Argued May 10, 1917; decided May 25, 1917.)

APPEAL from a judgment entered July 11, 1914, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The decision of the trial court adjudged that the owners of the Ballard tract in the city of Syracuse, N. Y., subjected the said tract to a common restric-

tion and uniform plan in respect to the manner of its improvement and occupation; and that the same was for the benefit of each particular lot of said tract and could be enforced by the owner of one parcel against the owner of any other parcel who had either actual or constructive knowledge thereof, and required the defendant, who was the owner of lot 1, block 4, of the Ballard tract on the southeastern corner of South Salina street and McKinley avenue in said city of Syracuse, N. Y., to remove the building, which he had constructed, from that portion of the lot which runs parallel with McKinley avenue and extends eleven feet southerly from the south line of said street.

*George F. Park* for appellants.

*William Rubin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and MCLAUGHLIN, JJ.